Mary Ann Johnson, Plaintiff-Respondent,
against
Eurotec Kitchen & Design, Inc. d/b/a Alpine Kitchen & Bath, Defendant-Appellant.



Defendant appeals from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (Erika M. Edwards, J.), entered August 25, 2016, which denied its motion to vacate a default judgment.




Per Curiam.
Order (Erika M. Edwards, J.), entered August 25, 2016, reversed, without costs, motion granted, default judgment vacated, and matter remanded for further proceedings.
Given the judicial preference for resolving cases on the merits (see Chevalier v 368 E. 148th St. Assoc., LLC, 80 AD3d 411, 413-414 [2011]), the existence of a possible meritorious defense to plaintiff's small claims action, and the absence of any indication that defendant's isolated default in appearance was willful or deliberate (see Cheri Rest. Inc. v Eoche, 144 AD3d 578, 580 [2016]), we exercise our discretion to relieve defendant of its default.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concurI concurI concur
Decision Date: April 12, 2017